IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARLA C., | No. 2:21-cv-00337-HL |
| Plaintiff, | ORDER |
| v. | |
| COMISSIONER, SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

HERNÁNDEZ, District Judge:

Magistrate Judge Hallman issued a Findings and Recommendation on May 23, 2022, in which he recommends that the Court reverse and remand this case for calculation and payment of benefits. F&R, ECF 23. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of

1 – ORDER

Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Hallman's Findings and Recommendation [23]. Accordingly, the Court DENIES Defendant's Motion to Remand to Agency [20]. The Commissioner's decision is REVERSED and REMANDED for immediate payment of benefits.

IT IS SO ORDERED.

DATED: ___July 7, 2022___.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARCO A. HERNÁNDEZ
　　　　　　　　　　　　　　　　　　United States District Judge

2 – ORDER